**STATE of Missouri, Respondent,**

v.

**Paul MONDAINE, Appellant.**

**No. 52154.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 30, 1987.

Motion for Rehearing and/or Transfer Denied Aug. 6, 1987.

Application to Transfer Denied Sept. 15, 1987.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., Jeffrey Philip Dix., Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Paul Mondaine appeals from the judgment of the trial court sentencing him to seven concurrent terms of ten years' imprisonment following his conviction by a jury on three counts of burglary in the second degree, three counts of stealing over $150.00 without consent and one count of burglary in the first degree. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 30.25(b).